UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMERALD COAST UTILITIES
AUTHORITY

    VS                                                       CASE NO. 3:06cv516/MCR/MD

DONALD MILTON WHITE

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   December 6, 2007
Motion/Pleadings: MOTION FOR JUDGMENT UPON DEFAULT
Filed by PLAINTIFF   on 10/25/07   Doc.# 16
RESPONSES:

                                   on             Doc.#
                                   on             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
LC (1 OR 2)                          Deputy Clerk: Donna Bajzik

# ***ORDER***

    *Upon consideration of the foregoing, it is ORDERED this 6th day of December, 2007, that:*

    *The relief requested is GRANTED. The clerk shall enter judgment against defendant in the amount of $18,778.84, which includes costs.*

                                                    *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                **United States District Judge**